

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2020

No. 04-19-00795-CV

David **RODRIGUEZ**,
Appellant

v.

**H-E-B**, Jointly and Severally William Tate, Jointly and Severally and as employee of H-E-B L.P., Stephen Martinez Jointly and Severally and as employee of H-E-B L.P., Meredith Reid as employee of H-E-B L.P, Jointly and Severally, Debra Ann Godoy as employee of H-E-B L.P. et al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI16263
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

On January 22, 2020, the court ordered appellant David Rodriguez to pay the filing fee for this appeal by February 6, 2020. On January 24, 2020, appellant filed a motion for rehearing and a motion for reconsideration en banc from that order. On February 3, 2020, appellant filed a "Motion for Reset or Extend of Time to Pay Filing Fee," which asked the court to reset the deadline for the filing fee until after it disposed of his motion for rehearing.

On February 3, 2020, the court denied appellant's motion for rehearing and his motion for reconsideration en banc. Appellant's February 3, 2020 "Motion for Reset or Extend of Time to Pay Filing Fee" is therefore DENIED AS MOOT.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2020.



MICHAEL A. CRUZ,
Clerk of Court